Elizabeth JENKINS, Plaintiff–Appellant,

v.

Bob WISE, Governor; Cecil Underwood, Former Governor; Sandra Ilderton, former chairperson of the West Virginia Parole Board, Defendants–Appellees.

No. 01–8027.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Elizabeth Jenkins, Appellant Pro Se.

Before DIANA GRIBBON MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Remanded by unpublished PER CURIAM opinion.

OPINION

PER CURIAM.

The notice of appeal in this case was received in the district court shortly after expiration of the appeal period. Under *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), the notice is considered filed as of the date Appellant delivered it to prison officials for forwarding to the court. The record does not reveal when Appellant delivered the notice of appeal for mailing to the court. Accordingly, we remand the case for the district court to obtain this information from the parties and determine the timeliness of the filing under *Houston v. Lack.* The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*